THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CONGREGATION OF BETH ISRAEL OF MAHANOY CITY, PA, | : |
| Plaintiff, | : |
| v. | : 3:16-cv-1671 |
| | : (JUDGE MARIANI) |
| CONGREGATION EITZ CHAYIM OF DOGWOOD PARK, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 7TH DAY OF AUGUST, 2017, upon consideration of Plaintiff's Motion to Remand, (Doc. 11), **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion to Remand, (Doc. 11), is **GRANTED**. This Case is **REMANDED** to the Court of Common Pleas of Schuylkill County, Pennsylvania.

2. Defendant's Motion to Dismiss, (Doc. 14), is **DISMISSED AS MOOT**.

3. The Clerk of the Court is **DIRECTED** to close the federal case.

Robert D. Mariani
United States District Judge